USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                 :

WESAM EL-HANAFI,                     :
                                 :

                      Plaintiff,  :                       1:13-cv-2072-GHW
                                 :

               -v -              :                         ORDER
                                 :

UNITED STATES OF AMERICA,   :
                                 :

                    Defendant.  :
                                 :
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      The Court held a bench trial in this case from February 1 through February 5, 2016.  On February 11, 2015, at a conference with both parties, the Court stated its findings of fact and conclusions of law on the record, in accordance with Federal Rule of Civil Procedure 52(a)(1).  For the reasons stated on the record, the Court found that judgment should be entered in favor of the government on all claims, and the complaint be dismissed.

      The Clerk of Court is directed to enter judgment in favor of defendant, and to close this case.

SO ORDERED.

Dated:  February 11, 2016
New York, New York

                                  _____
                                  GREGORY H. WOODS
                             United States District Judge